UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANARD GASTON,<br><br>        Plaintiff,<br><br>v.<br><br>BRETT MAREAN,<br><br>        Defendant. | Case No.: 1:18-cv-00569-BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN **45 DAYS** |

Plaintiff Ranard Gaston is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on April 23, 2018 in the Sacramento Division of the Eastern District of California. (Doc. 1.) On April 26, 2018, the matter was transferred to the Fresno Division. (Doc. 3.)

Plaintiff has not paid the $400.00 filing fee, or applied to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1.    Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

1

2. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __**May 1, 2018**__     /s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE