# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANARD GASTON, <br><br> Plaintiff, <br><br> v. <br><br> BRETT MAREAN, <br><br> Defendant. | Case No. 1:18-cv-00569-AWI-BAM (PC) <br><br> ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE RANARD GASTON, CDCR #V-37090 |

A settlement conference in this matter commenced on May 14, 2019. Inmate Ranard Gaston, CDCR #V-37090 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **May 13, 2019**

UNITED STATES MAGISTRATE JUDGE

1