# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANARD GASTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRETT MAREAN,<br><br>　　　　Defendant. | Case No. 1:18-cv-00569-AWI-BAM (PC)<br><br>ORDER VACATING MAY 13, 2019 ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE RANARD GASTON, CDCR #V-37090<br><br>(ECF No. 28) |

　　On May 13, 2019, the Court prematurely signed an order discharging the writ of habeas corpus ad testificandum as to Inmate Ranard Gaston, CDCR # V-37090. Accordingly, it is HEREBY ORDERED that the May 13, 2019 order discharging the writ of habeas corpus as to Inmate Gaston, (ECF No. 28), is HEREBY VACATED.

IT IS SO ORDERED.

Dated:  **May 13, 2019**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1