# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANARD GASTON,<br><br>    Plaintiff,<br><br>    v.<br><br>BRETT MAREAN,<br><br>    Defendant. | Case No. 1:18-cv-00569-AWI-BAM (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE RANARD GASTON, CDCR #V-37090 |

A settlement conference in this matter commenced on May 14, 2019. Inmate Ranard Gaston, CDCR #V-37090 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**May 14, 2019**__

UNITED STATES MAGISTRATE JUDGE