# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANARD GASTON, | Case No. 1:18-cv-00569-AWI-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO PROSECUTE |
| v. | |
| MAREAN, | |
| Defendant. | (ECF No. 40) |

Plaintiff Ranard Gaston ("Plaintiff") is a former state prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2020, the assigned Magistrate Judge issued findings and recommendations recommending that Defendant's motion to dismiss be granted, based on Plaintiff's failure to comply with a court order and failure to prosecute. (ECF No. 40.) Those findings and recommendations were served on Plaintiff at his address of record and contained notice that any

---

[1] According to Defendant's recent filings, defense counsel was informed by the Litigation Coordinator at Kern Valley State Prison on March 11, 2020 that Plaintiff was paroled on February 19, 2020 to the Long Beach Parole Unit and is no longer in the custody of CDCR. (ECF Nos. 37, p. 5; 39-2; 39-3.) As of the signing of this order, Plaintiff has not provided the Court with updated contact information.

1

objections thereto were to be filed within fourteen (14) days after service.  (Id. at 6.)  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on July 20, 2020, (ECF No. 40), are adopted in full;
2. Defendant's motion to dismiss, (ECF No. 39), is granted;
3. This action is dismissed, with prejudice, for failure to comply with a court order and failure to prosecute; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 20, 2020

SENIOR  DISTRICT  JUDGE